## Fuller v. The State.

APPEAL from Cleburne Circuit Court.

Tried before the Hon. GEORGE E. BREWER.

MERRILL & BRIDGES, for appellant.

W. C. FITTTS, Attorney-General, for the State.

Appellant was indicted for murder in the first degree. There was jury and verdict as follows : "We, the jury, find the defendant guilty as charged in the indictment, and fix his punishment at imprisonment in the penitentiary for life." The court holds that this verdict was fatally defective in that it is not found thereby whether the defendant was guilty of murder in the first or in the second degree.—Code, § 3728. The judgment rendered thereon is reversed, and the cause is remanded.

Opinion by McCLELLAN, J.